■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY B. WARD, Appellant.—Appeal unanimously dismissed. Memorandum: Inasmuch as defendant is not presently avail-

able to obey the mandate of the court in the event of an affirmance, the appeal is dismissed *(see, People v Shaw,* 72 NY2d 838; *People v Burger,* 70 NY2d 828). (Appeal from judgment of Erie County Court, La Mendola, J.—bail jumping, second degree; criminal trespass, second degree.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.